In the Matter of PATRICK S. and Others, Infants. ONONDAGA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; FLORENCE S., Appellant. (Appeal No. 2.) [757 NYS2d 924] —Appeal from an order of protection of Family Court, Onondaga County (Hood, J.), entered October 22, 2001.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs as moot (*see Matter of Michael G.*, 300 AD2d 1144 [2002]). Present—Green, J.P., Wisner, Scudder, Kehoe and Gorski, JJ.